**COMMONWEALTH of Pennsylvania, Appellant,**

v.

**Salvatore VENEZIA.**

Supreme Court of Pennsylvania.

Argued Feb. 2, 1999.

Decided Feb. 24, 1999.

Michael D. Marino, Dist. Atty., Patricia E. Coonahan, Asst. Dist. Atty., Mary MacNeil Killinger, Executive Asst. Dist. Atty., Bruce

L. Castor, Jr., 1st Asst. Dist. Atty., for appellant.

Victor M. Snyder, for appellee.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO and NEWMAN, JJ.

*ORDER*

PER CURIAM:

Appeal dismissed as having been improvidently granted.

Justice SAYLOR did not participate in the consideration or decision of this case.